JEANA BARENBOIM et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, v STARBUCKS CORPORATION, Respondent.

EUGENE WINANS et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, v STARBUCKS CORPORATION, Respondent.

Submitted April 29, 2013; decided May 2, 2013

---

Motion by UNITE HERE! Local 100, Align: Alliance for a Greater New York et al. for leave to appear amici curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.